UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEAU H. GRAY,

    Petitioner,

v.

C. KOEING,

    Respondent.

Case No. 19-cv-03318-WHO (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner Beau H. Gray challenges convictions he received in the Shasta County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** July 8, 2019

WILLIAM H. ORRICK
United States District Judge