UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEAU HOUSTON GRAY,

    Petitioner,

v.

C. KOENIG,

    Respondent.

No. 2:19-cv-1293 MCE DB P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2019, the magistrate judge filed findings and recommendations (ECF No. 13) herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2019 (ECF No. 13), are ADOPTED IN FULL;

2. This case is DISMISSED without prejudice;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: October 8, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE